1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10     MADIHA MINER,                   CASE NO. C19-0847JLR

11                  Plaintiff,         ORDER STRIKING MOTIONS

12       v.

13     KING COUNTY SUPERIOR
COURT - JUVENILE,

14
                   Defendant.

15

16       On June 19, 2019, the court entered an order remanding this action to King County

17 Superior Court because this court lacks subject matter jurisdiction over Plaintiff Madiha

Miner's complaint. (*See* Order (Dkt. # 6).) The matter is closed, and pursuant to Local

18 Rule LCR 3(i), the Clerk will remand this action on July 3, 2019. *See* Local Rules W.D.

19 Wash. LCR 3(i).

20       Despite the court's ruling, on June 25, 2019, Ms. Miner filed three motions,

21 including a motion requesting a subpoena duces tecum (Mot. 1 (Dkt. # 7)), a motion to

22

1  remove the action to the Washington Supreme Court (Mot. 2 (Dkt. # 9)), and motion for a

2  default judgment against Defendant King County Superior Court, Juvenile (Mot. 3 (Dkt.

3  # 10)). Even liberally construed, none of these motions constitutes a motion for

4  reconsideration of the court's remand order and all are nonsensical. Her motion for a

5  subpoena duces tecum asks the court "to submit all evidence with the United States

6  Supreme [C]ourt," a request which is incoherent given the procedural posture of this

7  case. (Mot. 1 at 1.) With respect to Ms. Miner's second motion, there is no process

8  under law for removing an action from a federal district court to the Washington Supreme

9  Court. (*See* Mot. 2.) Finally, concerning her last motion, there is no basis for granting a

10 default judgment in this matter. (*See* Mot. 3.) Not only does the court lack subject matter

11 jurisdiction to do so (*see* Order at 3), but there is no indication on the docket that Ms.

12 Miner has served Defendant and no order of default is on file (*see generally* Dkt.).

13      Based on the foregoing, the court STRIKES Ms. Miner's motions (Dkt. ## 7, 9,

14 10), and DIRECTS the Clerk to remove them from the court's calendar.

15      Dated this 26th day of June, 2019.

16

17

18      JAMES L. ROBART
        United States District Judge

19

20

21

22